IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SORIN PALAGHIUC,

    Petitioner,               No. CIV S-05-1115 DFL KJM P

    vs.

MIKE EVANS,

    Respondent.             <u>ORDER</u>

        /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254, a request to proceed in forma pauperis, and a request for the appointment of counsel.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. <u>See</u> 28 U.S.C. § 1915(a).

        Because petitioner may be entitled to the relief requested in his application for writ of habeas corpus if the claimed violations of constitutional rights are proved, respondent will be directed to file an answer.

        With respect to petitioner's request for the appointment of counsel, there currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of

counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted.

2. Respondents are directed to file an answer within sixty days from the date of this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases.

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed.

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney General.

5. Petitioner's request for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: December 9, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf
pala1115.100(6.6.05)